# In the United States Court of Federal Claims

No. 00-454C
(Filed: June 7, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
DARYL AABERG, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

This case is hereby stayed pending further notice from the court. It is so ORDERED.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge